IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | C/A No. 1:07-CR-01019-MBS |
| vs. ) | |
| ) | **ORDER AND OPINION** |
| Christopher Eugene Blitchington, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the court on Defendant's motion to correct sentence under 28 U.S.C. § 2255. A memorandum in support of Defendant's motion was filed on May 4, 2016, arguing that in light of the Supreme Court's holding in *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *Welch v. United States*, 163 S. Ct. 1257 (2016), Defendant's sentence should be vacated. On June 29, 2016, the Government filed a response agreeing that Defendant's motion should be granted and he should be resentenced.

The court grants the motion for relief under 28 U.S.C. § 2255. The Judgment Order in 1:07-01019-MBS, filed October 30, 2008, is hereby vacated, and this matter is set for resentencing on July 19, 2016. A separate notice specifying the time of the hearing will be forthcoming.

**IT IS SO ORDERED**.

 s/ Margaret B. Seymour
MARGARET B. SEYMOUR
Senior United States District Judge

Columbia, South Carolina
June 29, 2016